UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH SHAULIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 15-10326-FDS |
| ) | |
| NORDSTROM INC., d/b/a ) | |
| NORDSTROM RACK, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

**SAYLOR, DJ.**

In accordance with the Court's Memorandum and Order of August 14, 2015, it is hereby ORDERED that the above-entitled action be dismissed.

SO ORDERED.
BY THE COURT:

August 14, 2015                                 /s/ Lisa Pezzarossi
Date                                                     Deputy Clerk