UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

JUDITH SHAULIS,
        Plaintiff,

v.

NORDSTROM, Inc., d/b/a
Nordstrom RACK,
        Defendant,

CIVIL ACTION NO. 15-cv-10326-FDS

---

## NOTICE OF APPEAL

Now comes the Plaintiff, Judith Shaulis, on her behalf, and on behalf of the class which she represents, and files this Notice of Appeal pursuant to the Rules. The items appealed are:

1. Order and Memorandum of the Honorable F. Dennis Saylor dated 8-14-2015, being (Docket No. 31,) and Order of Dismissal dated 8-14-2015 (Docket No. 32).

2. Order of Judge F. Dennis Saylor dated 10-15-2015 denying Plaintiff's Motion to Reconsider, and Plaintiff's Motion to Amend the Complaint and further Plaintiff's Motion to Have the Questions Certified to the First Circuit (All collectively Docket Entry No. 37).

Respectfully submitted,

Dated this 22nd day of October, 2015.

/s/ *S James Boumil, Esq.*

---

S. James Boumil, Esq.
B.B.O. # 050940
120 Fairmount Street
Lowell, Massachusetts, 01852
(978) 458-0507
SJBoumil@boumil-law.com
Co-Counsel for the Plaintiff and the Class

## CERTIFICATE OF SERVICE

I, S. James Boumil, hereby certify that this document filed through the ECF System will be sent electronically to the registered participant's as identified on the notice of electronic filing and paper copies will be sent to those (if any) indicated as non-registered participants as of the date hereof.

Dated this 22nd day of October 2015.

/s/ *S. James Boumil, Esq.*
S. James Boumil, Esq.