# United States Court of Appeals
## For the First Circuit

No. 15-2354

JUDITH SHAULIS,

Plaintiff, Appellant,

v.

NORDSTROM, INC., d/b/a/ NORDSTROM RACK,

Defendant, Appellee.

**JUDGMENT**

Entered: July 26, 2017

     This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

     Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
S. James Boumil
Konstantine W. Kyros
John P. Bueker
Julie V. Silva Palmer
Rebecca C. Ellis
Joseph Duffy
Dylan John Price
Phillip Craig Cardon