# United States Court of Appeals
## For the First Circuit

No. 15-2354

JUDITH SHAULIS

Plaintiff - Appellant

v.

NORDSTROM, INC., d/b/a Nordstrom Rack

Defendant - Appellee

**MANDATE**

Entered: August 17, 2017

In accordance with the judgment of July 26, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
S. James Boumil
John P. Bueker
Phillip Craig Cardon
Joseph Duffy
Rebecca C. Ellis
Konstantine W. Kyros
Dylan John Price
Julie V. Silva Palmer